## INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Montgomery_

NAME OF DEBTOR(S) _David Alderfer_

CHAPTER 13 CASE # _17-18158_

I, _Charles Alderfer_, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my _Father_ (specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $ _500.00_ on a monthly basis to the debtor(s).

3. The source of my income is _Employment/wages_ (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _JDS Painting_ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

_2/19/18_
Date

_[signature]_
Affiant/Contributor (signature)

_Charles Alderfer_
Affiant/Contributor (print name)

Sworn to or affirmed and subscribed to before me by _Charles Alderfer_, the Affiant/Contributor identified above, on this _19_ day of _February_, 20_18_.

_Gionne E. Boone_
Notary Public

[Notarial Seal]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GIONNE E. BOONE, Notary Public
Lower Salford Township, Montgomery County
My Commission Expires June 23, 2021