# INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Montgomery_

NAME OF DEBTOR(S) _David Alderfer_

CHAPTER 13 CASE # _17-18158-amc_

I, _Sandra McGoldrick_, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my _boyfriend/roommate_ (specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $ _1082.00_ on a monthly basis to the debtor(s).

3. The source of my income is _Social Security_ (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _N/A_ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

_2/14/18_
Date

Affiant/Contributor (signature)

_Sandra J. McGoldrick_
Affiant/Contributor (print name)

Sworn to or affirmed and subscribed to before me by _Sandra McGoldrick_ the Affiant/Contributor identified above, on this _14th_ day of _February_, 20_18_.

Notary Public

[Notarial Seal]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GIONNE E. BOONE, Notary Public
Lower Salford Township, Montgomery County
My Commission Expires June 23, 2021