**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re **David Alderfer**

Debtor

Case No. **17-18158**

Chapter **13**

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST PETITION
OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a) (8) AND (a) (9)**

I, Robert E. Angst, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for Tuesday, October 2, 2018, in the above-referenced case:

1. The above-named debtors will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtors have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtors have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtors, counsel certifies that debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: September 25, 2018

BY: __s/Robert E. Angst__
ROBERT E. ANGST, ESQUIRE
Angst & Angst, P.C.
878 Main Street
Harleysville, PA 19438
Phone 215-513-1517
Fax 215-256-0813