# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Alderfer<br>                Debtor(s)<br><br>KEY BANK NATIONAL ASSOCIATION, its successors and/or assigns<br>                Movant<br>   vs.<br><br>David Alderfer<br>                Debtor(s)<br><br>William C. Miller Esq.<br>                Trustee | CHAPTER 13<br><br><br><br>NO. 17-18158 amc |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of KEY BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **September 26, 2018; Docket No. 38**.

                                          Respectfully submitted,

                                          **/s/ Kevin G. McDonald, Esquire**
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

October 1, 2018