# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-18158-AMC

DAVID ALDERFER

240 MORWOOD ROAD

HARLEYSVILLE, PA 19438

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAVID ALDERFER

240 MORWOOD ROAD

HARLEYSVILLE, PA 19438

Counsel for debtor(s), by electronic notice only.

ROBERT EDWARD ANGST
878 MAIN ST

HARLEYSVILLE, PA 19438-

Date: 1/6/2020

                                            /S/ William C. Miller
                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee