```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                    Case No. 17-18158-amc
David Alderfer                                                            Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: Virginia                Page 1 of 2               Date Rcvd: Feb 18, 2020
                               Form ID: pdf900               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db             +David Alderfer,    240 Morwood Road,    Harleysville, PA 19438-1627
14045148        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14023329       +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14023327       +Key Bank National Association,    4224 Ridge Lea Road,    Buffalo, NY 14226-1016
14054988       +KeyBank N.A. as s/b/m to First Niagara Bank NA,    4910 Tiedeman Road,
                 Brooklyn Ohio 44144-2338
14023332       +Lower Salford Township Authority,    P.O. Box 243,    57 Main Street,
                 Harleysville, PA 19438-2515
14023339       +Sherwin-Williams Company,    313 Technology Drive,    Malvern, PA 19355-1317
14104510       +Souderton Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14023341       +Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2020 18:17:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2020 18:17:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 18:18:35      Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14023326        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 18 2020 18:17:15      Jefferson Capital System,
                 16 McLeland Road,    Saint Cloud, MN 56303
14054980       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 18 2020 18:17:13      KeyBank NA,
                 4910 Tiedeman Road,    Brooklyn Ohio 44144-2338
14023331       +E-mail/Text: bncnotices@becket-lee.com Feb 18 2020 18:16:43      Kohl’s,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14024531       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 18:18:35      Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14023338        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 18:18:53
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502
14027971        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 18:18:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14023879       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 18:18:53
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Souderton Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14023330*      +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
14023328*      +Key Bank National Association,    4224 Ridge Lea Road,    Buffalo, NY 14226-1016
14023333*      +Lower Salford Township Authority,    P.O. Box 243,    57 Main Street,
                 Harleysville, PA 19438-2515
14023334*      +Lower Salford Township Authority,    P.O. Box 243,    57 Main Street,
                 Harleysville, PA 19438-2515
14023335*      +Lower Salford Township Authority,    P.O. Box 243,    57 Main Street,
                 Harleysville, PA 19438-2515
14023336*      +Lower Salford Township Authority,    P.O. Box 243,    57 Main Street,
                 Harleysville, PA 19438-2515
14023337*      +Lower Salford Township Authority,    P.O. Box 243,    57 Main Street,
                 Harleysville, PA 19438-2515
14023342*      +Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14023340      ##+Trident Asset Management,    5755 North Point Parkway,    Alpharetta, GA 30022-1136
                                                                                              TOTALS: 0, * 9, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Virginia            Page 2 of 2            Date Rcvd: Feb 18, 2020
                              Form ID: pdf900           Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Souderton Area School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Key Bank National Association bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Key Bank National Association bkgroup@kmllawgroup.com
              ROBERT EDWARD ANGST    on behalf of Debtor David  Alderfer RobertAngst@Angstlaw.com,
               Info@Angstlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                         TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
DAVID  ALDERFER

Chapter 13

Debtor

Bankruptcy No. 17-18158-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 18, 2020**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ROBERT EDWARD ANGST  
878 MAIN ST

HARLEYSVILLE, PA 19438-

Debtor:  
DAVID  ALDERFER

240 MORWOOD ROAD

HARLEYSVILLE, PA 19438